Opinion issued August 2, 2007














In The

Court of Appeals

For The

First District of Texas

____________


NO. 01-07-00566-CR

____________


RUDY GILL, Appellant


V.


THE STATE OF TEXAS, Appellee







On Appeal from the 338th District Court 

Harris County, Texas

Trial Court Cause No. 1087132






MEMORANDUM OPINION

 On July 24, 2007, appellant, Rudy Gill, filed a motion to dismiss this appeal. 
The motion complies with the Texas Rules of Appellate Procedure. See Tex. R. App.
P. 42.2(a).

 We have not yet issued a decision. Accordingly, we grant the motion and
dismiss the appeal. 

 We dismiss any pending motions as moot.

 We direct the Clerk of this Court to issue the mandate. Tex. R. App. P. 18.1.

PER CURIAM

Panel consists of Justice Taft, Jennings, and Alcala.

Do not publish. Tex. R. App. P. 47.2(b).